UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert                                                  Jane K. Castro
Clerk of Court                                                         Chief Deputy Clerk

September 26, 2025

Mr. Blade Allen
Ms. Cody R. Rogers
Serpe Andrews
2540 El Paseo Road, Suite D
Las Cruces, NM 88001

RE:       25-2050, Riley v. Jordan
             Dist/Ag docket: 1:25-CV-00044-KWR-KK

Dear Counsel:

Appellant's brief is deficient because:

The order(s) appealed and the lower court judgment must be submitted as attachments to the brief. *See* 10th Cir. R. 28.2(A) and 10th Cir. R. 30.1(F). In matters seeking review of a BIA decision, the transcript of the immigration judge's oral ruling and the written rulings of the Immigration Judge and the Board of Immigration Appeals must be attached. In addition, pursuant to 10th Cir. R. 28.2(C)(5), all attachments to briefs must be included and identified in the Table of Contents. As such, you will also need to update the Table of Contents with the attachments listed therein. Stating "Attachment 1" is not sufficient; the attachment must be clearly identified (i.e., "Attachment 1: District Court Judgment Filed mm/dd/yyyy").

There is no statement identifying a party's members and their states of citizenship. Where the asserted basis for jurisdiction is 28 U.S.C. 1332, appellant must include a separate statement including that information. *See* 10th Cir. R. 28.2(C)(6).

You must file a corrected brief. Do not file paper copies of your brief unless/until the court orders you to do so.

The appendix received in the subject case does not comply with the form requirements of 10th Cir. R. 30.1(D) (note that all form requirements also apply to supplemental appendices). Specifically:

- The appendix does not contain bookmarks. *See* 10th Cir. R. 25.3, 10th Cir. R. 30.1(D), and the 10th Circuit CM/ECF User's Manual at Section III G (page 19).

You must file a proper electronic appendix within three days of the date of this notice. Do not file paper copies of your appendix and brief unless/until the court orders you to do so.

The time to file a response brief will run from the date of service of the appendix.

The corrected brief and appendix must have an updated certificate of service (if required; *see* 10th Cir. R. 25.4).

If you fail to correct the stated deficiencies within three days of the date of this letter, the deficient brief and/or appendix will not be filed. In addition, the appeal may be dismissed without further notice. *See* 10th Cir. R. 42.1.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court


cc:     Paul J. Kennedy
        Jeffrey D Vescovi


CMW/klp